# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE: **Larry D Braswell** )
) BK- **19-11123** JDL
)
Debtor(s). ) Chapter 13

## TRUSTEE'S OBJECTION AND/OR
## REQUEST FOR SETTING OF HEARING ON CONFIRMATION

The Chapter 13 Trustee hereby requests this court set the above-styled matter for a confirmation hearing, and for cause therefore would state:

☒ Trustee objects to confirmation
  ☒ The proposed plan is not feasible  ☒ Terms must increase  ☒ Per I & J _____
  ☒ Plan Payments are not current  ☐ Filing fee not paid in full  ☐ DSO information not provided
  ☒ Plan fails to pay general unsecured pursuant to means test **$128,315.40**
  ☐ Certificate of service  ☐ not provided or  ☐ time has not run
  Rslvd ☒ 60 days pay vouchers not provided **Paystubs**  Rslvd ☒ Means test not calculated
  ☒ All debts not provided for **Santander, IRS PIC**
  ☐ Plan was not proposed in good faith  ☒ Paying for item(s) not necessary for reorganization
  ☒ Tax returns not provided  ☒ Plan fails to pay liquidation value **$35,000.00**
  ☐ Debtor(s) are above median income and plan not proposed for 60 months
  ☒ Oklahoma Tax Commission objects to confirmation  ☒ Unfiled returns for **2017 & 2018**
  ☐ Internal Revenue Service objects to confirmation  ☐ Unfiled returns for _____
  ☒ Creditor in attendance objects to confirmation **FirstBank Colgate**
  ☒ Written objection filed by **BancFirst, Santander**
  ☒ Other **Amd all schedules + plan to be accurate. Provide debtor spouse income info / paystubs**

☐ Any dismissal shall be requested with prejudice

If the case is not confirmed, the Trustee requests dismissal and any other relief the court deems just.

DATE: **5/16/19**

cc: Original filed with Clerk
Debtor(s) Attorney

Respectfully submitted,

John Hardeman
Chapter 13 Trustee

*************************************************************************

## NOTICE OF HEARING

Pursuant to Trustee's Request for Setting of Hearing on Confirmation, this case will be set for a Confirmation Hearing on **6/25/19**, at **8:35** a.m. in the Second Floor Courtroom, before the Honorable Janice D. Loyd. The Clerk of the Court will provide proper notice thereof in compliance with the applicable rules of procedure. **Any party desiring to be heard at the Confirmation Hearing must file a written objection no later than twenty days after the conclusion of the § 341 Meeting of Creditors. Loc. R. Bankr. P. 3015(e)(1) and (e)(3).**